Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA 95901
(530) 743-4458

JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Matthew Daly,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>    Defendant. | Civil Action No: 2:17-cv-02519-AC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

    IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Monday, June 11, 2018, to file the Motion for Summary Judgment.

    IT IS HEREBY NOTED that this is plaintiff's first extension requested.

Dated: 05/04/18             / s / Joseph C. Fraulob
                                   Joseph C. Fraulob
                                   Attorney for Plaintiff

Dated: 05/04/18             / s / Daniel P. Talbert
                                   Daniel P. Talbert
                                   Special Assistant U.S. Attorney
                                   Attorney for Defendant

IT IS ORDERED.

Date: May 4, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE