Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Matthew Daly,<br><br>     Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>     Defendant. | Civil Action No: 2:17-cv-02519-AC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Wednesday, July 11, 2018, to file the Motion for Summary Judgment.

IT IS HEREBY NOTED that this is plaintiff's second extension requested.

Dated:  06/11/18                                         / s / Joseph C. Fraulob
                                                                    Joseph C. Fraulob
                                                                    Attorney for Plaintiff

Dated:  06/11/18                                         / s / Daniel P. Talbert
                                                                    Daniel P. Talbert
                                                                    Special Assistant U.S. Attorney
                                                                    Attorney for Defendant

IT IS ORDERED.

Date: June 19, 2018

                                                                    _____
                                                                    ALLISON CLAIRE
                                                                    UNITED STATES MAGISTRATE JUDGE

-1-